```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    15-24687-CV-MARTINEZ/GOODMAN


JULIO AMAT, AND ALL OTHERS      )
SIMILARLY SITUATED,             )
                                )
              PLAINTIFF,        )
                                )
        VS.                     )
                                )
REY PIZZA CORP., D/B/A REY'S    )
PIZZA, A FLORID PROFIT CORP.,   )
AND ARCH RESOURCES GROUP, LLC,  )
A FOREIGN LIMITED LIABILITY     )
COMPANY,                        )
                                )
              DEFENDANTS.       )
_____)

                 (TRANSCRIPT BY DIGITAL RECORDING)

          TRANSCRIPT OF SETTLEMENT CONFERENCE HAD BEFORE THE
HONORABLE JONATHAN GOODMAN, IN MIAMI, MIAMI-DADE COUNTY,
FLORIDA, ON FEBRUARY 22, 2016, IN THE ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE PLAINTIFF:   CARMEN M. RODRIGUEZ, ESQ.
                     15715 S. DIXIE HIGHWAY, SUITE 411
                     MIAMI, FL 33157 - 305 254-6101



                  CARL SCHANZLEH, RPR - CM
                  CERTIFIED COURT REPORTER
                     9960 SW 4TH STREET
                  PLANTATION, FLORIDA 33324
                       954 424-6723
```

```
 1  APPEARANCES CONTINUED:

 2  FOR THE DEFENDANTS:   RENE J. GONZALEZ-LLORENS, ESQ.
                          SHUTTS & BOWEN LLP
 3                        200 SOUTH BISCAYNE BOULEVARD, SUITE 4100
                          MIAMI, FL 33131 - 305 347-7337
 4
                          ANA M. BARTON, ESQ.
 5                        ASTIGARRAGA DAVIS MULLINS, GROSSMAN, P.A.
                          1001 BRICKELL BAY DAY, 9TH FLOOR
 6                        MIAMI, FL 33131 - 305 372-8282

 7

 8                        TABLE OF CONTENTS

 9  WITNESSES:                DIRECT   CROSS REDIRECT RECROSS

10
                          INDEX TO EXHIBITS
11
    EXHIBITS                      MARKED FOR          RECEIVED
12                                IDENTIFICATION    IN EVIDENCE

13  DESCRIPTION             PAGE      LINE      PAGE      LINE

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   (MIAMI, MIAMI-DADE COUNTY, FLORIDA; FEBRUARY 22, 2016, IN OPEN
 2   COURT.)
 3          THE CLERK: CALLING CASE 15-24687-CIVIL-MARTINEZ, AMAT
 4   VERSUS RAY PIZZA CORP., ET AL.
 5          THE COURT: GOOD MORNING, FOLKS.
 6          MAKE YOURSELF MORE COMFORTABLE.  PLEASE BE SEATED.
 7          LET'S START OFF, PLEASE, WITH APPEARANCES STARTING
 8   FIRST WITH THE PLAINTIFF.
 9          MS. RODRIGUEZ: GOOD MORNING, YOUR HONOR. THANK YOU
10   FOR SEEING US THIS MORNING. CARMEN RODRIGUEZ ON BEHALF OF
11   MR. AMAT.
12          THE COURT: ALL RIGHT. GOOD MORNING, TO YOU. AND IS
13   THE GENTLEMAN SITTING BEHIND YOU PART OF YOUR TEAM?
14          MS. RODRIGUEZ: MY HUSBAND, YOUR HONOR. I'M A LITTLE
15   BIT -- I HAD SURGERY SO HE HELPED ME TO GET HERE. SO ONCE WE
16   BEGIN IF YOU WOULD LIKE HIM TO SIT OUTSIDE HE CAN. I JUST HAD
17   KNEE SURGERY SO IT IS DIFFICULT FOR ME TO MOVE WITHOUT HIS
18   HELP.
19          THE COURT: I SEE. WELL, ALL RIGHT. WELL, HOPEFULLY
20   YOU ARE ON THE MEND.
21          MS. RODRIGUEZ: IN THAT DIRECTION.
22          THE COURT: ALL RIGHT. THANK YOU.
23          AND FOR THE DEFENSE?
24          MR. GONZALEZ-LLORENS: GOOD MORNING, YOUR HONOR. RENE
25   GONZALEZ-LLORENS ON BEHALF OF THE DEFENDANT RAY PIZZA CORP.
```

1  WITH ME IS JULIO GUTERREZ WHO IS IN-HOUSE COUNSEL FOR RAY PIZZA
2  AND RAMON RODRIGUEZ WHO IS THE OWNER OF THE COMPANY.
3           MS. BARTON:  GOOD MORNING, YOUR HONOR.  ANA BARTON ON
4  BEHALF OF ARCH RESOURCES.  I HAVE LESIS NEUIS HERE.
5           THE COURT:  ALL RIGHT.  GOOD MORNING.
6           SO THANK YOU FOR YOUR WRITTEN SUMMARIES.  I
7  RECEIVED -- I THINK I RECEIVED TWO WRITTEN SUMMARIES.  DID I
8  GET A WRITTEN SUMMARY FROM ARCH?
9           MS. BARTON:  IT WAS A JOINT SUMMARY.
10          THE COURT:  ALL RIGHT.  FAIR ENOUGH.
11          I SAW THAT IT TALKED ABOUT THE BOTH PARTIES.  SO THANK
12 YOU FOR THOSE WRITTEN SUMMARIES.  THEY ARE VERY HELPFUL.
13          AND IN A MINUTE OR TWO WE'RE GOING TO GO OFF THE
14 RECORD BECAUSE MEDIATIONS ARE OFF THE RECORD AND WE'LL START
15 OFF IN THE BACK IN THE JURY ROOM FOR OUR JOINT SESSION.  THEN
16 AFTER THAT WE'LL ASK THE DEFENDANTS TO COME BACK HERE INTO THE
17 COURTROOM.
18          I'LL LEAVE THE PLAINTIFF TEAM IN THE JURY DELIBERATION
19 ROOM AND THEN I'LL GO BACK AND FORTH BETWEEN THE TWO ROOMS.
20          IF WE SETTLE THE CASE, AND I HOPE THAT WE DO, THEN
21 WHAT WE DO IS WE COME BACK HERE INTO THE COURTROOM AND WE GO ON
22 THE RECORD AND WE STATE THE TERMS OF THE SETTLEMENT ON THE
23 RECORD.
24          I THEN ASK THE LAWYERS WHETHER I HAVE ACCURATELY
25 STATED THE TERMS OF THE SETTLEMENT.  HOPEFULLY I HAVE.  AND IF

```
 1  I HAVEN'T THEY'LL HOPEFULLY CORRECT ME.
 2          THEN I'LL ASK THE PARTIES IF THEY AGREE TO THE
 3  SETTLEMENT, AND HOPEFULLY THEY WILL SAY YES.  AND THEN AT THAT
 4  POINT WE WILL HAVE A BINDING AND ENFORCEABLE SETTLEMENT
 5  AGREEMENT.
 6          IN SOME INSTANCES, NOT ALWAYS, BUT SOMETIMES LAWYERS
 7  DO WHAT LAWYERS DO, WHICH IS TO GENERATE A BUNCH OF PAPER.  SO
 8  TYPICALLY, NOT ALWAYS, BUT SOMEWHAT TYPICALLY AFTER WE GO ON
 9  THE RECORD A WEEK LATER, OR TWO WEEKS LATER, OR TWO DAYS LATER
10  THE LAWYERS WILL CREATE A WRITTEN SETTLEMENT AGREEMENT, TWO
11  PAGES, FIVE PAGES, 10 PAGES WITH EXHIBITS, SCHEDULES, ADDENDA,
12  ET CETERA.  AND THAT'S FINE.  THERE IS NOTHING WRONG WITH DOING
13  THAT BUT IT DON'T BE NECESSARY BECAUSE ONCE WE GET EVERYBODY'S
14  AGREEMENT ON THE RECORD WE HAVE A BINDING AND A ENFORCEABLE
15  SETTLEMENT AGREEMENT.
16          PLAINTIFF, YOU UNDERSTAND?
17          MS. RODRIGUEZ:  YES, YOUR HONOR.
18          THE COURT:  DEFENSE?
19          MR. GONZALEZ-LLORENS:  YES, YOUR HONOR.
20          THE COURT:  ALL RIGHT.  SO, BY THE WAY, I NOTICE THAT
21  YOU HAVE SOMEONE SITTING IN THE FRONT ROW BEHIND THE DEFENSE
22  TEAM.  IS THAT YOUR --
23          MR. GONZALEZ-LLORENS:  SHE IS THE ONE THAT HELPS ME.
24          THE COURT:  ALL RIGHT.  FAIR ENOUGH.
25          MR. GONZALEZ-LLORENS:  WE FOUND OUT THAT THEY WERE
```

```
 1  HAVING SOMEBODY TO HELP.  SO I GOT SICK FAST AND DID THE SAME
 2  THING.
 3            THE COURT:  WELL, YOUR DEVICE LOOKS A LITTLE MORE
 4  SOPHISTICATED --
 5            MR. GONZALEZ-LLORENS:  OKAY.  IT'S BEEN THREE AND A
 6  HALF YEARS.  I HAVE BEEN IN A WHEELCHAIR FOR A WHILE AND NOW
 7  I'M STARTING TO WALK.
 8            THE COURT:  ALL RIGHT.  WELL, THAT'S GOOD.
 9            MR. GONZALEZ-LLORENS:  BUT SHE IS THE ONE WHO HAS BEEN
10  HELPING ME THROUGH THE WHOLE THING.
11            THE COURT:  VERY NICE.  VERY NICE.
12            MR. GONZALEZ-LLORENS:  SHE IS MY WIFE.  I'LL SAY ON
13  THE RECORD.
14            THE COURT:  AMONG OTHER THINGS.  YOUR WIFE AND --
15            MR. GONZALEZ-LLORENS:  ANGEL.
16            THE COURT:  -- CHIEF PHYSICAL THERAPIST --
17            MR. GONZALEZ-LLORENS:  EVERYBODY.
18            THE COURT:  CHIEF SPIRITUAL ADVISOR.  I UNDERSTAND.
19  HOW MANY YEARS HAVE I ALL BEEN MARRIED?
20            MR. GONZALEZ-LLORENS:  ALMOST FIVE.
21            THE COURT:  FIVE.  I HAVE BEEN MARRIED 35 YEARS.  I
22  JUST HAD MY 35TH ANNIVERSARY FEBRUARY 1ST, JUST A COUPLE WEEKS
23  AGO.
24            MR. GONZALEZ-LLORENS:  CONGRATULATIONS.
25            THE COURT:  ALL RIGHT.  AND SO, 35 YEARS.  IT'S REALLY
```

```
 1  AMAZING.  PEOPLE WILL SAY TO ME, FREQUENTLY THEY'LL SAY, MY
 2  GOSH, 35 YEARS.  HOW DO YOU DO IT?  I MEAN, 35 YEARS.  HOW DO
 3  YOU DO IT?
 4           I SAY, IT'S REALLY VERY SIMPLE.
 5           WHAT'S THE SECRET?  HOW DO YOU STAY MARRIED FOR 35
 6  YEARS?
 7           I SAY, IT'S SIMPLE.  BOTH OF US, WE'RE IN LOVE WITH
 8  THE SAME MAN.
 9           IN ANY EVENT, FOLKS, I'M GOING TO ASK ANYTHING FURTHER
10  TO STATE ON THE RECORD FOR THE PLAINTIFFS?
11           MS. RODRIGUEZ:  NOTHING FOR THE PLAINTIFFS, YOUR
12  HONOR.
13           THE COURT:  DEFENSE?
14           MR. GONZALEZ-LLORENS:  NOTHING, YOUR HONOR.
15           THE COURT:  ALL RIGHT.  SO I'M GOING TO NOW GOING IN
16  THE BACK, TAKE OFF MY ROBE, ROLE UP MY SLEEVES, NOT ACTUALLY
17  BECAUSE I'M WEARING CUFF LINKS TODAY.  I CAN'T REALLY ROLL THEM
18  UP, BUT LITERALLY I ROLE THEM UP SO WE CAN THEN START TO GET
19  THE CASE RESOLVED.  OKAY?
20           COME ON UP, MR. SANTIRUFA, WE'LL TAKE YOU IN THE BACK
21  TO THE JURY DELIBERATION ROOM AND I WILL MEET YOU BACK THERE IN
22  JUST ABOUT TWO MINUTES.  OKAY?
23
24
25
```

# C E R T I F I C A T E

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

   I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO HEREBY CERTIFY THAT THE FOREGOING 7 PAGES CONSTITUTE A TRUE TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN THE CITY OF MIAMI, FLORIDA, IN THE MATTER THEREIN STATED.

   IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS 20TH DAY OF MARCH 2017.

/S/CARL SCHANZLEH
CARL SCHANZLEH, RPR-CM
CERTIFIED COURT REPORTER
9960 SW 4TH STREET
PLANTATION, FL 33324
TELEPHONE 954 424-6723