**simultaneous transcript access designation form**
**Carl Schanzleh**   to: appealstranscripts   03/24/2017 08:11 AM

From:   Carl Schanzleh <schanzlehcarl@aol.com>
To:     appealstranscripts@flsd.uscourts.gov

1 attachment


jamat3.pdf

```
Carl Schanzleh87

schanzlehcarl@aol.com
15cv24687
Amat vs. Rey Pizza
Carmen Rodriguez
02-22-16
```