UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-24687-CIV-MARTINEZ/GOODMAN

CONSENT CASE

JULIO AMAT,

    Plaintiff,

v.

REY PIZZA CORP., d/b/a REY'S PIZZA,
and ARCH RESOURCES GROUP, LLC,

    Defendants.
_____/

## JOINT MOTION TO REOPEN LITIGATION AND
## FOR ENTRY OF ORDER APPROVING SETTLEMENT AGREEMENT

Plaintiff, JULIO AMAT ("Plaintiff"), and Defendants, REY PIZZA CORP. d/b/a REY'S PIZZA and ARCH RESOURCES GROUP, LLC (collectively referred to as "Defendants") (hereinafter Plaintiff and Defendants shall collectively be referred to as "the Parties"), by and through their undersigned counsel, hereby file their Joint Motion to Reopen Litigation and for Entry of Order Approving Settlement Agreement, and jointly request that this Court reopen the litigation and approve the confidential settlement reached in this case. In support thereof, the Parties state as follows:

    1.    On December 21, 2015, Plaintiff filed his Complaint against Defendants for unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.* ("FLSA") [DE 1]. On May 10, 2016, Plaintiff filed his First Amended Complaint to include additional employment-related claims, including a claim for retaliation [DE 42].

1

2. On August 31, 2016, this Court adopted the Honorable Magistrate Judge Jonathan Goodman's Report and Recommendations on Defendants' Motion to Dismiss the Amended Complaint and Compel Arbitration, thereby ordering the Parties to submit the matter to arbitration and closing the case [DE 71]. The Court retained jurisdiction to enforce the arbitral award, if appropriate.

3. Defendants have denied Plaintiff's claims and have denied any liability to Plaintiff. Thus, the claims are disputed.

4. The Parties, desirous of avoiding the uncertainties, expense, and inconvenience of any further proceedings, have reached a confidential settlement between them that resolves all of Plaintiff's employment-related claims, including attorneys' fees and costs. Plaintiff has provided releases of all employment-related claims against Defendants, and Defendants have provided releases to Plaintiff.

5. The Parties assert that Plaintiff's attorneys' fee was agreed upon separately and without regard to the amount paid to Plaintiff, and Plaintiff's recovery was not adversely affected by the amount of fees and costs paid to his attorneys.

6. The Parties herein state that the settlement reached between them with respect to Plaintiff's employment-related claims represents a fair and reasonable resolution of the disputed claims and that the terms of the settlement are acceptable to the Parties.

7. The confidential agreement includes every term and condition of the Parties' settlement, and is being simultaneously submitted to the Court, *in camera*, for review and approval.

8. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir.

2

1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor.

9. Having agreed to the terms of the settlement reached, the Parties respectfully request that this Court approve the Parties' confidential settlement agreement.

10. Accordingly, the Parties jointly request that this Court reopen the litigation, approve the settlement, and thereafter dismiss the action *with* prejudice, with the Court retaining jurisdiction to enforce the terms of the settlement.

WHEREFORE, the Parties respectfully request that this Honorable Court reopen the litigation, approve that Parties' settlement, dismiss this action *with* prejudice, and retain jurisdiction to enforce the terms of the settlement agreement.

Dated: April 27, 2017

Respectfully submitted,

s/Carmen Rodriguez
Carmen Rodriguez, Esq.
Florida Bar No. 710385
E-mail: crpa@crlaborlawfirm.com
Law Offices of Carmen Rodriguez, P.A.
15715 S. Dixie Highway, Suite 411
Palmetto Bay, Florida 33157-1884
Telephone: (305) 254-6101
Facsimile: (305) 254-6048
Attorneys for Plaintiff

s/Rene Gonzalez-Llorens
Rene J. Gonzalez-Llorens, Esq.
Florida Bar No. 53790
E-mail address: rgl@shutts.com
Shutts & Bowen LLP
200 S. Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 347-7337
Facsimile: (305) 347-7837
Attorneys for Defendant, Rey Pizza Corp.

s/Ana Barton
Edward Mullins, Esq.
Florida Bar No. 863920
Ana Barton, Esq.
Florida Bar No. 85721
E-mail address: emullins@reedsmith.com
E-mail address: abarton@reedsmith.com
Reed Smith LLP
1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
Telephone: (786) 747-0200
Facsimile: (786) 747-0299
Attorneys for Defendant, ARCH

and

Michael E. Chase, Esq. *admitted PHV
E-mail address: mchase@boutinjones.com
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Co-Counsel for Defendant, ARCH

4