UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-24687-CIV-GOODMAN

**CONSENT CASE**

JULIO AMAT,

      Plaintiff,

v.

REY PIZZA CORP., d/b/a REY'S PIZZA,
and ARCH RESOURCES GROUP, LLC,

      Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETAINER AGREEMENT AND BILLING AND COST RECORDS**

      Plaintiff, JULIO AMAT, by and through undersigned counsel, and pursuant to this Court's Order dated May 3, 2017 [DE 78], hereby files counsel's Retainer Agreement as Exhibit A and the billing and cost records as Exhibit B incurred in this matter.

Dated: May 5, 2017                                        Respectfully submitted,

                                                             s/Carmen Rodriguez
                                                             Carmen Rodriguez, Esq.
                                                             Florida Bar No. 710385
                                                             E-mail: crpa@crlaborlawfirm.com
                                                             Law Offices of Carmen Rodriguez, P.A.
                                                             15715 S. Dixie Highway, Suite 411
                                                             Palmetto Bay, Florida 33157-1884
                                                             Telephone: (305) 254-6101
                                                             Facsimile: (305) 254-6048
                                                             Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by CM/ECF on May 5, 2017 on all counsel or parties of record on the Service List below:

                                                        s/Carmen Rodriguez
                                                        Carmen Rodriguez

## SERVICE LIST

Carmen Rodriguez, Esquire
Florida Bar No. 710385
E-mail address: crpa@crlaborlawfirm.com
Law Offices of Carmen Rodriguez, P.A.
15715 S. Dixie Highway, Suite 411
Miami, Florida 33157-1884
Telephone: (305) 254-6101
Facsimile: (305) 254-6048
Attorney for Plaintiff

Edward M. Mullins, Esquire
Florida Bar No. 863920
E-mail address: emullins@reedsmith.com
Ana Maria Barton, Esquire
Florida Bar No. 85721
E-mail address: abarton@reedsmith.com
Reed Smith LLP
1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
Telephone: (786) 747-0200
Facsimile: (786) 747-0299
Attorneys for ARCH Resources Group, LLC

Rene Gonzalez-Llorens, Esquire
Florida Bar No. 53790
E-mail: rgl@shutts.com
Shutts & Bowen LLP
200 S. Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-347-7337
Facsimile: 305-347-7837
Attorney for Rey Pizza Corp. d/b/a Rey's Pizza

Michael E. Chase, Esquire
Florida Bar No. 85721
E-mail address: mchase@boutinjones.com
Boutin Jones, Inc.
555 Capital Mall, Suite 1500
Sacramento, California 95814
Co-Counsel for ARCH Resources Group, LLC